**Order entered November 18, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00624-CV

## MELISSA BREWER, Appellant

## V.

## COMPASS BANK, Appellee

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-02438-2019

## ORDER

Appellant's brief on the merits was first due on September 17, 2020. Before the Court is appellant's November 16, 2020 second motion for an extension of time to file her brief. In her first extension motion, appellant explained that she was trying to obtain counsel to assist her with the appeal and requested a sixty-day extension which the Court granted. Her second extension motion is nearly identical to her first motion. We **GRANT** the motion **only to the extent** that we

extend the time to **December 16, 2020**.  We caution appellant that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE